THIRD DISTRICT—NOVEMBER TERM, 1894.  165

I. C. R. R. Co. v. Com'rs of Highways—Bull v. City of Quincy.

## Bull et al. v. The City of Quincy.

1. CONTRACTS—*Special Castings, Hydrants, etc.*—The cost of special castings in the mains, and of the pipes leading from the mains to the bills at the base of the hydrants, are proper items to be considered in ascertaining the cost of putting in hydrants. Bull v. City of Quincy, 155 Ill. 566.

Assumpsit, for money had and received. Appeal from the Circuit Court of Adams County; the Hon. OSCAR P. BONNEY, Judge, presiding. Heard in this court at the November term, 1894. Reversed and remanded. Opinion filed June 13, 1895.

BERRY, O'HARA & SCOFIELD, attorneys for appellants.

H. M. SWOPE and SPRIGG, ANDERSON & VAN DEVENTER, attorneys for appellee.

PER CURIAM.

The contract involved in this case was before the Supreme Court in the case of L. & W. Bull v. The City of Quincy, lately decided, and it was there held that the cost of special castings in the mains, and of the pipes leading from the mains to the bills at the base of the hydrants, were proper items to be considered in ascertaining the cost of putting in the hydrants. The construction thus placed upon the contract is binding upon us in the present case, and it follows that we must hold, contrary to our first impression, that instruction No. 1, given for the plaintiff, was erroneous in this respect.

For such error the judgment must be reversed and the cause remanded.